IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| B2B WEB VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07CV382 |
| v. | § | |
| | § | |
| KIMBERLY ANN MITCHELL, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 23, 2007, the modified report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Agreed Motion for Remand be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Defendants' Agreed Motion for Remand (Dkt. 3) is **GRANTED** and this case is remanded to the 219th District Court of Collin County, Texas for further proceedings.

**SIGNED this 10th day of September, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE